UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILMER ANTHONY SEGUE, III     CIVIL ACTION

VERSUS     NO. 16-3885

ST. TAMMANY PARISH, ET AL.     SECTION "N" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as malicious.

New Orleans, Louisiana, this 27th day of June, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE